JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX E. PADILLA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COCA-COLA REFRESHMENTS USA, INC. (A Delaware Corporation), and DOES 1 - 50, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 15-9249-GW(AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

74960946.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

# ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Alex E. Padilla ("Plaintiff") and Defendant Coca-Cola Refreshments USA, Inc. ("Defendant") (collectively, "the Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE